IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMILIO SANCHEZ,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING, IN PART, DEFENDANT'S MOTION TO DISMISS AND GRANTING THE GOVERNMENT LEAVE TO DISMISS COUNT II<br><br>Case No. 2:08-CR-468 TS |

    This matter is before the Court on Defendant's Motion to Dismiss one of the counts in the two-count Indictment on the grounds of multiplicity. The government responds that it agrees with Defendant's position on multiplicity of the counts and seeks leave to dismiss Count II. Good cause appearing, it is therefore

    ORDERED that the Motion to Dismiss (Docket No. 14) is GRANTED IN PART. It is further

1

ORDERED that the government is granted leave to dismiss Count II the Indictment and may do so by filing the appropriate form of a notice of dismissal.

DATED December 8th, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge